DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

Submitted February 27, 2006; decided March 23, 2006

Motion by Eliot Spitzer, Attorney General of the State of New York, for an order pursuant to Executive Law § 71, permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect.

Judge ROSENBLATT taking no part.

AMBER-ANN LOUISE KARDAS et al., Plaintiffs, and ASHLEY THIBAULT, Appellant, v UNION CARBIDE CORPORATION et al., Respondents, et al., Defendants.

Submitted December 5, 2005; decided March 23, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

Judge ROSENBLATT taking no part.